| | |
|---|---|
| MAURICE FOSTER, | ) |
| Plaintiff, | ) Civil Action No.: 7:06CV00711 |
| v. | ) FINAL ORDER |
| TERRY O'BRIEN, | ) By: Samuel G. Wilson |
| | ) United States District Judge |
| Defendant. | ) |

In accordance with the memorandum opinion entered this day, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED**.

**ENTER:** December 4, 2006.

_____
UNITED STATES DISTRICT JUDGE